# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL CASE NO.** |
| | : | **1:17-CR-69-SCJ** |
| **TALANTE FISHER-BLAND,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter appears before the Court on the November 16, 2017, Report and Recommendation ("R&R") by the Honorable Catherine M. Salinas, United States Magistrate (Doc. No. [145]), recommending that the Court deny Defendant Talante Fisher-Bland's Motion to Suppress (Doc. No. [75]). Having reviewed the R&R and having received no objections, the R&R is received with approval and **ADOPTED** as the Order of this Court. The Motion to Suppress (Doc. No. [75]) is **DENIED**.

**IT IS SO ORDERED,** this 4th day of December, 2017.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE
